37 A.3d 1138

IN THE MATTER OF MICHAEL LEVITIS, AN ATTORNEY
AT LAW (ATTORNEY NO. 029761999).

March 15, 2012.

## ORDER

**MICHAEL LEVITIS** of **BROOKLYN, NEW YORK,** who was admitted to the bar of this State in 2000, having pleaded guilty in the United States District Court, Eastern District of New York, to

knowingly and willfully making a false, fictitious and fraudulent statement and representation in a matter related to political fundraising in violation of 18 *U.S.C.* § 1001(a)(2), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MICHAEL LEVITIS** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MICHAEL LEVITIS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MICHAEL LEVITIS** comply with *Rule* 1:20–20 dealing with suspended attorneys.

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.